IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Tashanna B. Golden,
f/k/a Tashanna B. Pearson, on behalf of
herself and all others similarly situated,

      Appellee-Plaintiff,

vs.

Discover Bank,

      Appellant-Defendant.

No. 1:21-cv-585-WFK

---

## STIPULATION TO DISMISS APPEAL

Appellant-Defendant Discover Bank and Appellee-Plaintiff Tashanna B. Golden, by their undersigned counsel, hereby stipulate to the dismissal of the above-captioned appeal, pursuant to Federal Rule of Bankruptcy Procedure 8023.  The parties shall bear their own costs and fees.

[*Signatures follow*]

Date:  March 9, 2021
        New York, New York

Respectfully Submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Clay J. Pierce*
                 Clay J. Pierce
                 Brian P. Morgan

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Phone: 212.248.3140
Fax:    212.248.3141
Email: clay.pierce@faegredrinker.com
         brian.morgan@faegredrinker.com

—and—

Erin L. Hoffman (*pro hac vice* pending)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Phone: 612.766.7000
Fax:    612.766.1600
Email: erin.hoffman@faegredrinker.com

—and—

Kyle R. Hosmer (*pro hac vice* pending)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Phone: 303.607.3500
Fax:    303.607.3600
Email: kyle.hosmer@faegredrinker.com

*Counsel for Appellant-Defendant Discover Bank*

2

Date:   March 9, 2021
        New York, New York

Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*
           George F. Carpinello
           Adam R. Shaw

30 South Pearl St., 11th Floor
Albany, New York 12207
518.434.0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

—and—

**JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.**
Lynn E. Swanson (*pro hac vice* pending)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

—and—

**FISHMAN HAYGOOD LLP**
Jason W. Burge (*pro hac vice* pending)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

—and—

**LAW OFFICES OF JOSHUA B. KONS, LLC**
Joshua B. Kons
50 Albany Turnpike, Suite 4024
Canton, Connecticut 06019

*Counsel for Appellee-Plaintiff Tashanna B. Golden*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2021, I caused filing of the foregoing *Stipulation to Dismiss Appeal* with the Clerk of the District Court using the CM/ECF filing system, which will send notice to all counsel of record, including those listed below.

| | |
|---|---|
| Adam R. Shaw<br>George F. Carpinello<br>BOIES SCHILLER FLEXNER LLP<br>30 South Pearl St., 11th Floor<br>Albany, New York 12207<br>518.434.0600<br>ashaw@bsfllp.com<br>gcarpinello@bsfllp.com<br><br>*Counsel for Tashanna B. Golden* | Lynn E. Swanson<br>Peter Freiberg<br>JONES, SWANSON, HUDDELL &<br>GARRISON, L.L.C.<br>601 Poydras Street, Suite 2655<br>New Orleans, Louisiana<br>lswanson@jonesswanson.com<br>pfreiberg@jonesswanson.com<br><br>*Counsel for Tashanna B. Golden*<br><br>Jason W. Burge<br>FISHMAN HAYGOOD, L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>jburge@fishmanhaygood.com<br><br>*Counsel for Tashanna B. Golden*<br><br>Joshua B. Kons<br>LAW OFFICES OF JOSHUA B. KONS,<br>LLC<br>50 Albany Turnpike, Suite 4024<br>Canton, Connecticut 06019<br>860.920.5181<br>joshuakons@konslaw.com<br><br>*Counsel for Tashanna B. Golden* |

*/s/ Clay J. Pierce*